# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ISSAC CORTEZ, | : | |
| Petitioner, | : | Civil No. 12-7744 (NLH) |
| v. | : | **ORDER** |
| JORDAN HOLLINGSWORTH, | : | |
| Respondent. | : | |

THIS MATTER having come before the Court by way of petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241; and Petitioner having paid the filing fee; and the Court having reviewed the petition; and for the reasons set forth in the Opinion filed herewith,

IT IS on this 26th day of August, 2013,

ORDERED that the Clerk of the Court REOPEN this case; and it is further

ORDERED that the petition seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is hereby DISMISSED for lack of jurisdiction; and it is further

ORDERED that the Clerk shall serve a copy of this Order upon Petitioner by regular mail; and it is finally

ORDERED that the Clerk is directed to reclose the file accordingly.

At Camden, New Jersey

 s/ Noel L. Hillman 
NOEL L. HILLMAN
United States District Judge